## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CECILIA OLENDER, ET AL.** | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO.  11-4098** |
| **NATIONAL CASUALTY COMPANY,** | : | |
| **ET AL.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this _____ day of August, 2012, upon consideration of the Plaintiffs' Motion for Summary Judgment (Doc. 28), Defendant's Motions for Summary Judgment (Doc. 27), and all Responses thereto, **IT IS HEREBY ORDERED AND DECREED** that Plaintiffs' Motion for Summary Judgment is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** that:

1. **JUDGMENT** is **ENTERED** in favor of Plaintiffs against Defendant on Count I of the Complaint for breach of contract.

2. **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiffs on Count IIof the Complaint for Bad Faith.

**BY THE COURT**:

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**