IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CECILIA OLENDER, ET AL.** : | |
|        **Plaintiffs,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | **NO. 11-4098** |
| **NATIONAL CASUALTY COMPANY,** : | |
| **ET AL.,** : | |
|        **Defendants.** : | |

## ORDER

**AND NOW**, this _____ day of August, 2012, upon consideration of the Plaintiffs' Motion for Summary Judgment (Doc. 28), Defendant's Motions for Summary Judgment (Doc. 27), and all Responses thereto, **IT IS HEREBY ORDERED AND DECREED** that Plaintiffs' Motion for Summary Judgment is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** that:

1. **JUDGMENT** is **ENTERED** in favor of Plaintiffs against Defendant on Count I of the Complaint for breach of contract.

2. **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiffs on Count II of the Complaint for Bad Faith.

                                                    **BY THE COURT**:

                                                    **/s/ Petrese B. Tucker**
                                                    _____
                                                    **Hon. Petrese B. Tucker, U.S.D.J.**